IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| HYE WON KIM<br>Plaintiff,<br><br>vs.<br><br>MICHAEL GERMINO;<br>and DOES 1-10,<br><br>Defendants. | )<br>)<br><br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO.: 2:22-CV-39-JTJ )<br><br><br><br>**ORDER** |

Pursuant to the Stipulation filed by and between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 2nd day of March, 2023.

John Johnston
United States Magistrate Judge